IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMOS OLIVER, | § |
| | § |
| | § CIVIL ACTION NO. 6:16-CV-01217-RC |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § |
| COMMISSIONER CAROLYN W COLVIN, | § |
| | § |
| | § |
| **Defendant.** | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Amos Oliver filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of his application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the decision of the Commissioner should be reversed and the cause should be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the Court. (Dkt. No. 16.) The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration.

Neither party has filed any objections. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **REVERSED** and that the

cause be remanded to the Commissioner of the Social Security Administration for proceedings consistent with this Court's opinion.

**So Ordered and Signed**
**Nov 30, 2017**

_____
Ron Clark, United States District Judge